IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| MANDELL RHODES, JR., #307498 | § | |
| VS. | § | CIVIL ACTION NO. 6:18cv173 |
| DIRECTOR, TDCJ-CID | § | |

<u>ORDER OF DISMISSAL</u>

Petitioner Mandell Rhodes, Jr., proceeding *pro se* and *in forma pauperis*, filed this petition for writ of habeas corpus under 28 U.S.C. § 2254 challenging the denial or forfeiture of good conduct credits. The cause of action was referred to United States Magistrate Judge, the Honorable John D. Love, for findings of fact, conclusions of law, and recommendations for the disposition of the petition.

On March 10, 2020, Judge Love issued a Report, (Dkt. #26), recommending that Petitioner's habeas petition be dismissed with prejudice and that Petitioner be denied a certificate of appealability *sua sponte*. A copy of this Report was sent to Petitioner at his address with an acknowledgment card. The docket reflects that Petitioner received a copy of this Report on March 26, 2020, and Petitioner has filed timely objections, (Dkt. #30).

The Court has conducted a careful *de novo* review of the record and the Magistrate Judge's proposed findings and recommendations. *See* 28 U.S.C. §636(b)(1) (District Judge shall "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Upon such *de novo* review, the Court has determined that the Report of the United States Magistrate Judge is correct and Petitioner's objections are without merit. Accordingly, it is

1

2

**ORDERED** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. #26), is **ADOPTED** as the opinion of the Court.  Petitioner's objections, (Dkt. #30), are **OVERRULED**. Further, it is

**ORDERED** that Petitioner's federal habeas petition is **DISMISSED** with prejudice. Petitioner is **DENIED** a certificate of appealability *sua sponte*. Finally, it is

**ORDERED** that any and all motions which may be pending in this civil action are hereby **DENIED**.

**SIGNED this the 2nd day of July, 2020.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE